# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 24-7116** | **September Term, 2024** |
| | 1:23-cv-02521-LLA |
| | **Filed On: April 21, 2025** [2111907] |

United States of America, ex rel. Patrick Low,

and

Patrick Low,

   Appellant

  v.

President and Fellows of Harvard College and United States of America,

   Appellees

## O R D E R

  Upon consideration of the government's unopposed motion for a 30-day extension of time to file the responsenbrief, it is

  **ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---:|
| Appellees' Brief | May 19, 2025 |
| Appellant's Reply Brief | June 18, 2025 |
| Deferred Appendix | June 26, 2025 |
| Final Briefs | July 10, 2025 |

            **FOR THE COURT:**
            Clifton B. Cislak, Clerk

        BY: /s/
           Michael C. McGrail
           Deputy Clerk