# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

---

**No. 24-7116**                       **September Term, 2024**

1:23-cv-02521-LLA

Filed On: July 30, 2025

United States of America, ex rel. Patrick Low,

and

Patrick Low,

    Appellant

    v.

President and Fellows of Harvard College
and United States of America,

    Appellees

**BEFORE:** Millett, Pillard, and Katsas, Circuit Judges

## O R D E R

Upon consideration of the unopposed motion to remand case, it is

**ORDERED** that the motion be granted, and this case be remanded to the district court for further proceedings.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:   /s/
Selena R. Gancasz
Deputy Clerk